# THE LAW OFFICES OF PETER E. ZIMNIS

Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

March 9, 2012

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

    Re:    Drager
             Chapter 7 Case No.:  11-42200 KCF

Dear Clerk:

    In reference to the above named case, enclosed please find a Notice of Motion for Damages due to a Violation of the Automatic Stay;  a Certification by the debtor, along with a form of Order.

    Kindly contact this Office should you have any questions.

    Very truly yours,

    Law Office of Peter E. Zimnis

    By: /s/ John Zimnis_____
        John Zimnis, Esq.

c. Chapter 7 Trustee
   H&R Block Bank

LAW OFFICES OF PETER E. ZIMNIS
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor(s)

| | | |
|---|---|---|
| WAYNE & CHRISTINE DRAGER | : : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Debtor | : : | CHAPTER 7 CASE NO.:  11-42200 KCF |
| | : : : | MOTION FOR DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY |
| _____ | : | ORAL ARGUMENT: Waived unless opposed |

NOTICE OF MOTION FOR DAMAGES FOR A VIOLATION
OF THE AUTOMATIC STAY

To:       H&R Block Bank
          Attn:  Corporate Officer and/or
                 Managing Agent
          PO Box 7235
          Sioux Falls, SD 57117

          H&R Block Bank
          Attn:  Corporate Officer and/or
                 Managing Agent
          PO Box 3052
          Milwaukee, WI 53201

     PLEASE TAKE NOTICE that on **April 10, 2012, at 10:00 a.m.,** or as soon thereafter as counsel may be heard, the undersigned will apply to the Honorable Judge presiding at such time, sitting at the United States Bankruptcy Court located at Trenton, New Jersey for an Order for Damages due to a Violation of the Automatic Stay.

    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.

    If you do not want the Court to grant damages in favor of the debtor, and if you want the Court to consider your views on the Motion, then you or your attorney must file a written response or an answer explaining your position with the Clerk of the Bankruptcy Court.  If you mail a copy to the Court, then you must also mail a copy to the debtor's counsel.

Take further notice that the debtor will rely upon the attached Certification.  Also take notice that answering papers and briefs (if necessary) or a statement that no answering brief is necessary and the basis thereof, shall be filed seven (7) days before the date noticed for argument.  This Motion shall be deemed uncontested unless responsive are filed with seven (7) days from the date of this Motion and state with particularity the basis for the opposition.

The facts that the moving party relies upon as set forth in the accompanying Certification and the basis for the moving party's request is clearly set forth in the aforesaid  papers as required by the Federal Bankruptcy Rules and the Local Rules.  As the issues at hand do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary to aid the Court in deciding the Motion.

In support of this motion, the moving party will rely upon the information contained in attached documents along with arguments of counsel and testimony to be produced at the time aforesaid hearing.

                                          Law Offices of Peter E. Zimnis
                                          Counsel for Debtor(s)


By:    /s/ John Zimnis_____
           John Zimnis, Esq.

Dated: