LAW OFFICES OF PETER E. ZIMNIS
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor(s)

_____

| | | |
|---|---|---|
| WAYNE & CHRISTINE DRAGER | : : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Debtor | : : | CHAPTER 7 CASE NO.: 11-42200 KCF |
| | : : : | MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY |
| _____ | : | ORAL ARGUMENT: Waived unless opposed |

Wayne & Christine Drager, of full age, hereby certify as follows:

1    I am the debtor in the above captioned case, and as such, I am fully familiar with the facts of this case.

2.    I am filing this Certification in support of the Motion for Sanctions against H&R Block Bank due to a violation of the automatic stay (as specified in 11 U.S.C. 362), and thus I seek actual damages, punitive damages, and attorney fees (as allowed by 11 U.S.C. 362(k)(1)).

3.    Specifically, I had a debt with H&R Block Bank, thus I put them on my Bankruptcy petition.  (See Exhibit A- Schedule F).

4.    H&R Block Bank was notified of the Bankruptcy filing since they were served with notice of the Bankruptcy filing.  (See Exhibit B – Certification of Service issued by the Clerk of the Bankruptcy Court that they were served with the Bankruptcy filing).

5.    However, despite H&R Block Bank being notified of the Bankruptcy filing, they proceeded to send me a collection letter in March 2012, which is over 3 months after I filed for Bankruptcy.  (See Exhibit C- collection letter).

6.    I filed for Bankruptcy because I was experiencing much stress due to the overzealous collection efforts from my creditors, thus Bankruptcy would stop those collection efforts.  The fact that I know that what they are doing is illegal does not give me *any* comfort because they are still violating my legal rights.

7.    For the foregoing reasons, I now seek actual damages, punitive damages, and attorney fees against H&R Block Bank for violations of the automatic stay.

I certify that the foregoing statements are true. I further certify that if any of the statements made by me are willfully false, then I am subject to punishment.

/s/_Wayne Drager_____        /s/ Christine Drager_____