B6F) (12/07) - Cont.

In re   Wayne R Drager,
        Christine Drager
                                                                            Case No. _____
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxx<br><br>First Premier Bank<br>PO Box 5147<br>Sioux Falls, SD 57117 | | J | | | | | 395.00 |
| Account No.<br><br>H&R Block Bank<br>PO Box 7235<br>Sioux Falls, SD 57117 | | J | | | | | Unknown |
| Account No.<br><br>Harley Davidson Credit<br>PO Box 22048<br>Carson City, NV 89721 | | J | | | | | 7,900.00 |
| Account No. xxxxxxxxxxxx1841<br><br>Joe Pezzuto, Esq.<br>Re: GEMB; CACH<br>4013 E Broadway<br>Suite A2<br>Phoenix, AZ 85040 | | J | | | | | 4,344.00 |
| Account No.<br><br>Midland Credit Mngmt<br>Re: T Mobile<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123 | | J | | | | | 795.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal   13,434.00
(Total of this page)

United States Bankruptcy Court
District of New Jersey

In re:
Wayne R Drager
Christine Drager
    Debtors

Case No. 11-42200-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: bhiggins    Page 1 of 3    Date Rcvd: Nov 15, 2011
                  Form ID: b9a      Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2011.
```
db/jdb      +Wayne R Drager, Christine Drager,   22 Weymouth Drive,    Hamilton, NJ 08610-1219
smg         +U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
512509221   +A-1 Collection,   Re: Trenton Emerg Med Svc,   101 Grovers Mill Rd,
             Lawrenceville, NJ 08648-4706
512509225   +ARS Account Resolution,   Re: Emerg Phys of S Jersey,   1801 NW 66th Ave,   Ste 200C,
             Fort Lauderdale, FL 33313-4571
512509222   +Adjustment Service,   Re: Chambers Emerg,   PO Box 1512,   Knoxville, TN 37901-1512
512509228   +CACH LLC,   Re: GEMB,   4340 S Monaco St,   fl 2,   Denver, CO 80237-3408
512509230   +Constar Financial,   Re: Harley Davidson,   3561 W Bell Rd,   Phoenix, AZ 85053-2965
512509231   +Dyck O'Neal,   15301 Spectrum Drive,   Suite 450,   Addison, TX 75001-6436
512509233   +EOS CCA,   Re: AT&T Wireless,   700 Longwater Drive,   Norwell, MA 02061-1624
512509232   +Emergency Phys of S Jersey,   PO Box 740021,   Cincinnati, OH 45274-0021
512509236   +GEMB/Mohawk,   PO Box 965036,   Orlando, FL 32896-5036
512509239   +Joe Pezzuto, Esq.,   Re: GEMB: CACH,   4013 E Broadway,   Suite A2,   Phoenix, AZ 85040-8818
512509243   +NCO Financial Systems,   Re: Med Clr,   507 Prudential Road,   Horsham, PA 19044-2308
512509244   +NCO Financial Systems,   Re: Perry Emerg Phys,   507 Prudential Road,   Horsham, PA 19044-2308
512509242   +National Asset Mngmt,   Re: QTBill.com,   400 Rouser Rd,   Ste 202,   Coraopolis, PA 15108-2749
512509245   +Quality Asset Recovery,   Re: medical,   7 Foster Ave,   Ste 101,   Gibbsboro, NJ 08026-1191
512509246   +Revenue Recovery Corp,   Re: Chambers Emergency Assoc,   612 Gay St,   Knoxville, TN 37902-1603
512509249   +SRG,   7880 Bent Branch Drive,   Suite 150,   Irving, TX 75063-6045
512509247   +Schiff & Schiff,   Re: Citifinancial;   DC 2036-10,   PO Box 1000,
             West Long Branch, NJ 07764-0730
512509248   +Solomon & Solomon,   Re: Palisades Acq;   DC 5672-07,   Columbia Circle,   Box 15019,
             Albany, NY 12212-5019
512509251   +Transnational Limited, LLC,   Re: Eastern Dental of Lawrenceville,   1162 St. Georges Avenue,
             Suite 279,   Avenel, NJ 07001-1263
512509253   +Wilmington Trust,   1100 N Market Street,   Wilmington, DE 19890-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: njbankruptcylaw@aol.com. Nov 16 2011 02:02:11    John Zimnis,
             Law Offices of Peter E. Zimnis,   1245 Whitehorse-Mercerville Road,   Suite 412,
             Trenton, NJ 08619
tr          +EDI: BADOBIN.COM Nov 15 2011 23:58:00    Andrea Dobin,   Sterns & Weinroth,
             50 West State Street, Suite 1400,   PO Box 1298,   Trenton, NJ 08607-1298
smg          E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2011 02:49:29    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
512509226   +EDI: CINGMIDLAND.COM Nov 15 2011 23:58:00    AT&T Wireless,   15 E Midland Avenue,
             Paramus, NJ 07652-2936
512509223   +EDI: AFNIRECOVERY.COM Nov 15 2011 23:58:00    Afni,   PO Box 3427,   Re: Verizon Wireless,
             Bloomington, IL 61702-3427
512509224   +EDI: AFNIRECOVERY.COM Nov 15 2011 23:58:00    Afni, Inc.,   Re: Verizon,   PO Box 47248,
             Oak Park, MI 48237-4948
512509227   +EDI: BANKAMER.COM Nov 15 2011 23:58:00    Bank of America,   4161 Piedmont Pkwy,
             Greensboro, NC 27410-8119
512509229    EDI: CIAC.COM Nov 15 2011 23:58:00    Citifinancial,   PO Box 6931,   The Lakes, NV 88901-6931
512509234   +EDI: AMINFOFP.COM Nov 15 2011 23:58:00    First Premier Bank,   PO Box 5147,
             Sioux Falls, SD 57117-5147
512509235   +EDI: RMSC.COM Nov 15 2011 23:58:00    GEMB,   PO Box 981400,   El Paso, TX 79998-1400
512509237    E-mail/Text: dleabankruptcy@hrblock.com Nov 16 2011 02:24:17    H&R Block Bank,   PO Box 7235,
             Sioux Falls, SD 57117-7235
512509238    E-mail/Text: bankruptcy.notices@hdfsi.com Nov 16 2011 02:06:04    Harley Davidson Credit,
             PO Box 22048,   Carson City, NV 89721-2048
512509240    E-mail/Text: camanagement@mandtbank.com Nov 16 2011 02:07:05    M&T Bank,   1 Fountain Plaza,
             Floor 3,   Buffalo, NY 14203
512509241   +EDI: MID8.COM Nov 15 2011 23:58:00    Midland Credit Mngmt,   Re: T Mobile,   8875 Aero Drive,
             Suite 200,   San Diego, CA 92123-2255
512509250    EDI: AISTMBL.COM Nov 15 2011 23:58:00    T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
512509252    EDI: AFNIVZWIRE.COM Nov 15 2011 23:58:00    Verizon Wireless,   PO Box 26055,
             Minneapolis, MN 55426-0055
                                                                                             TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

MAR-09-2012

**H&R BLOCK**
bank

H&R BLOCK BANK
PO BOX 7235
SIOUX FALLS SD 57117-7235

H&R BLOCK BANK
P.O. BOX 3052
MILWAUKEE WI 53201-3052

‹Make Check Payable To

WAYNE DRAGER
22 WEYMOUTH DR
TRENTON NJ 08610-1219

*\*VQUL7881*

*(handwritten: Cay 6 2 hrs)*
*(handwritten: att John)*

**EMERALD ADVANCE**

| | |
|---|---|
| ACCOUNT NUMBER | 7714-0010-3007-2961 |
| PAYMENT DUE DATE | March 15, 2012 |
| AMOUNT DUE | $1,281.42 |
| BALANCE AS OF 02/17/12 | $1,281.42 |
| AMOUNT ENCLOSED | $ |

☐ Please check here to indicate address change and complete form on reverse side

7714001030072961012814201281426

---

Emerald Advance Statement
7714-0010-3007-2961
Statement for Period: January 17, 2012 - February 17, 2012

**Your Emerald Advance line of credit is past due.**

**Payment Options**
Please send your payment by check or money order to H&R Block Bank using the enclosed envelope or if you have signed up for Automatic Payments please make sure your payment amount is on your H&R Block Emerald Prepaid MasterCard(R) by the payment due date.

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | 1,281.42 |
| Payments | 0.00 |
| Other Credits | 0.00 |
| Cash Advances | 0.00 |
| Late Payment Fee | 0.00 |
| Miscellaneous Fees Charged | 0.00 |
| Interest Charged | 0.00 |
| New Balance | 1,281.42 |
| Credit Limit | 0.00 |
| Available Credit | 0.00 |
| Past Due Amount | 1,281.42 |
| Statement Closing Date | February 17, 2012 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**

Call Customer Service    1-866-353-1266

Please send billing inquiries and correspondence to:
PO Box 10170 Kansas City MO 64171

Billing Rights are Preserved Only By Written Inquiry

Please See Reverse Side for Important Information

**Payment Information**

| | |
|---|---|
| New Balance | $1,281.42 |
| Minimum Payment Due | $1,281.42 |
| Payment Due Date | March 15, 2012 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $7.50 late fee. Payments received before 5:00 PM central time will be applied to your account on the day of receipt.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this line of credit each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 0 months | $0 |

If you would like information about credit counseling services, call 800-388-2227.

---

**2012 Year-To-Date Totals**

| | |
|---|---|
| Total fees charged in 2012 | 0.00 |
| Total interest charged in 2012 | 0.00 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Cash Advances | 0.00% | $961.79 | $0.00 |

Page 1 of 1